# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

Cory Groshek,
*Plaintiff*
v.   Civil Action No.   15-cv-157-PP
Time Warner Cable, Inc.
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($         ), which includes prejudgment interest at the rate of_____%, plus post judgment interest at the rate of_____% per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____recover costs from the plaintiff *(name)*_____ _____.

X other: the complaint is dismissed for lack of subject matter jurisdiction, effective immediately.

This action was *(check one)*:

❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by Judge_____ without a jury and the above decision was reached.

X decided by Judge Pamela Pepper on the defendant's motion to dismiss filed on May 27, 2016.

Date:   August 9, 2016   *CLERK OF COURT*

/s/ Kristine G. Wrobel_____

*Signature of Clerk or Deputy Clerk*