UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

CORY GROSHEK,
  and all others similarly situated,

       Plaintiff,                                           Case No. 15-cv-157-PP

v.

TIME WARNER CABLE INC.,

       Defendant.

---

### PLAINTIFF'S NOTICE OF APPEAL
---

       Notice is given that the Plaintiff Cory Groshek, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on August 9, 2016.

       Dated and signed this 6th day of September, 2016 in Madison, Wisconsin.

                                            s/ *Michael J. Modl*
                                            Michael J. Modl
                                            AXLEY BRYNELSON, LLP
                                            2 E. Mifflin Street, Suite 200
                                            Madison, WI 53703
                                            Tel: (608) 257-5661
                                            Fax: (608) 257-5444
                                            mmodl@axley.com

                                            s/ *Heath P. Straka*
                                            Heath P. Straka
                                            Robert J. Gingras
                                            GINGRAS, CATES & LUEBKE
                                            8150 Excelsior Drive
                                            Madison, WI 53717
                                            Tel: (608) 833-2632
                                            Fax: (608) 833- 2874
                                            straka@gcllawyers.com
                                            gingras@gcllawyers.com